UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 17-22701-CV-WILLIAMS/TORRES**

ADELAIDA CHICO,

    Plaintiff,

v.

DUNBAR ARMORED, INC.,

    Defendant.

_____/

**NOTICE SCHEDULING SETTLEMENT CONFERENCE**

Pursuant to an Order of Referral for Settlement Conference entered by **U.S. District Judge Kathleen M. Williams**, (D.E. #5), a settlement conference in this matter is scheduled before **United States Magistrate Judge Edwin G. Torres** at the James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom 5, Miami, FL 33132, on **Wednesday, November 1, 2017 at 1:30 p.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

**DONE** in Miami, Florida, this   1st   day of September 2017.

                                      STEVEN M. LARIMORE
                                      CLERK OF COURT

                                      Maedon Clark
                                      Deputy Clerk

---

[1] The attorneys for both parties are advised to instruct their clients that **NO CELL PHONES** may be brought into the Courthouse by non-attorneys and that they are REQUIRED to bring **PHOTO IDENTIFICATION**.